UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HECTOR AMAYA, ADRIAN CARBAJAL, JOSE ALFREDO HERNANDEZ, JOSE ALFREDO JIMENEZ, SANTOS MENDOZA, VICTORIANO MORALES ALFONSO PEREZ, BERNABEL PEREZ, FRANCISCO PEREZ, VENUSTIANO PEREZ, on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

166 PARK INC., 81 PETER INC., 292 PATER INC., PETER LAWRENCE and DAVID SELIG

        Defendants.

Case No.: 11-cv-1081(SLT)(RML)

NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT

---

Please take notice that upon the accompanying Memorandum of Law, Proposed Order (attached hereto as Exhibit 1), and Declaration of C.K. Lee and annexed materials, the Plaintiffs, on behalf of themselves others similarly situated, by their undersigned attorneys, hereby move for the following relief in this Fair Labor Standards Act collective action and New York Labor Law class action:

(1) Conditional certification of this action as a representative collective action pursuant to the FLSA, 29 U.S.C. § 216(b), on behalf of all non-exempt hourly persons employed by Defendants 166 Park Inc., 81 Peter Inc., 292 Pater Inc., Peter Lawrence and David

10840504.2

1

Selig ("Covered Employees") from March 7, 2005 until the present (the "FLSA Period");

(2) Certification of this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, on behalf of all non-exempt hourly persons employed by Defendants 166 Park Inc., 81 Peter Inc., 292 Pater Inc., Peter Lawrence and David Selig ("Class Members") from March 7, 2005 until the present (the "Class Period"), and making ADRIAN CARBAJAL and FRANCISCO PEREZ each a Class Representative;

(3) Approval of Plaintiffs' Counsel as Class Counsel and Administrator;

(4) Preliminary approval of the settlement agreement attached to the Declaration of C.K. Lee as **EXHIBIT A** ("Lee Declaration").

(5) Approval of the Court facilitated notice of this action to the Covered Employees and Class Members attached to **EXHIBIT B** of the Lee Declaration;

(6) Production by Defendants of names, last known mailing addresses, alternate addresses, all telephone numbers, Social Security numbers, positions, and dates of employment of all Covered Employees and Class Members;

(7) Preliminary approval of Plaintiffs' attorneys' fees of $43,333.33, plus expenses of up to $5,000;

(8) Preliminary approval of administrator's fees of up to $20,000; and

(9) Setting a date for the Fairness Hearing to a date convenient to the Court.

Dated: _____, 2012

                                  Respectfully submitted,

                                  KRASELNIK & LEE, PLLC
                                  Robert L. Kraselnik (RK 0684)
                                  C.K. Lee (CL 4086)
                                  30 East 39th Street, Second Floor
                                  New York, NY 10016
                                  Tel.: 212-465-1188
                                  Fax: 212-465-1181
                                  *Attorneys for Plaintiffs*

                        By: ___*/s/ C.K. Lee*_____
                                C.K. Lee (CL 4086)

10840504.2